**Order entered May 16, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00327-CV

### CITY OF FORT WORTH, TEXAS, Appellant

### V.

### JOEL FITZGERALD, SR., Appellee

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-08184**

### ORDER

Before the Court is appellant's May 12, 2022 unopposed motion for a ten-day extension of time to file its brief. We **GRANT** the motion and **ORDER** appellant's brief be filed no later than May 27, 2022.

Appellant's motion to dismiss cross-appeal for want of jurisdiction remains pending.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE